September 10, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

JEFFERY J. SHELDON AND ANDRAS KONYA, MD, PH.D, Appellants

NO. 14-13-01066-CV            V.

PINTO TECHNOLOGY VENTURES, L.P., PINTO TV ANNEX FUND, L.P., PTV SCIENCES II, L.P., RIVERVEST VENTURE FUND I, L.P., RIVERVEST VENTURE FUND II, L.P., RIVERVEST VENTURE II (OHIO), L.P., BAY CITY CAPITAL FUND IV, L.P., BAY CITY CAPITAL FUND IV CO-INVESTMENT FUND, L.P., CHRIS OWENS, BILL BURKE, REESE TERRY, AND CRAIG WALKER, Appellees

---

This cause, an appeal from the order signed on September 9, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the order of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.  We further order that all costs incurred by reason of this appeal be paid by appellees, PINTO TECHNOLOGY VENTURES, L.P., PINTO TV ANNEX FUND, L.P., PTV SCIENCES II, L.P., RIVERVEST VENTURE FUND I, L.P., RIVERVEST VENTURE FUND II, L.P.,  RIVERVEST VENTURE II (OHIO), L.P., BAY CITY CAPITAL FUND IV, L.P., BAY CITY CAPITAL FUND IV CO-INVESTMENT FUND, L.P., CHRIS OWENS, BILL BURKE, REESE TERRY, AND CRAIG WALKER, jointly and severally. We further order this decision certified below for observance.